David Yang (SBN 246132)
dyang@hycounsel.com
Matthew Hawkinson (SBN 248216)
mhawkinson@hycounsel.com
Kevin Goldman (SBN 249894)
kgoldman@hycounsel.com
Patrick Park (SBN 246348)
ppark@hycounsel.com
HAWKINSON YANG LLP
8033 W. Sunset Blvd. #3300
Los Angeles, CA 90046
Tel: (213) 634-0370
Fax: (213) 260-9305

Jonathan Barbee (*pro hac vice forthcoming*)
jbarbee@hycounsel.com
HAWKINSON YANG LLP
167 Madison Ave., Ste 205 #460
New York, NY 10016
Tel: (646) 389-4901

Attorneys for Plaintiff
Jiangxi Yibo E-Tech Co. Ltd.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JIANGXI YIBO E-TECH CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> ML PRODUCTS INC., <br><br> Defendant. | Case No. 2:25-cv-10939 <br><br> **COMPLAINT FOR PATENT INFRINGEMENT** <br><br> **JURY TRIAL DEMANDED** |

Plaintiff Jiangxi Yibo E-Tech Co. Ltd. ("Yibo" or "Plaintiff") files this Complaint for patent infringement against Defendant ML Products Inc. (collectively "ML Products" or "Defendant") based on its own knowledge and actions and based on information and belief as to all other matters, as follows.

## NATURE OF ACTION

1. Pursuant to 35 U.S.C. § 271, this is an action for infringement of U.S. Patent No. 12,197,145 ("the '145 Patent").

## THE PARTIES

2. Yibo is a limited company organized and existing under the laws of the People's Republic of China. Yibo maintains its principal place of business at No. 756 Guangfu Road, Hi-tech Development Zone Xinyu City, Jiangxi Province, People's Republic of China.

3. Defendant ML Products Inc. is a corporation organized and existing under the laws of the State of California. The principal place of business of Defendant is located in Thousand Oaks, California.

## JURISDICTION AND VENUE

4. Yibo brings this civil action for patent infringement under the Patent Laws of the United States, 35 U.S.C. §§ 1 *et seq.,* more particularly, 35 U.S.C. §§ 271, 281-285.

5. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338.

6. This Court has personal jurisdiction over Defendant because it maintains its principal place of business in this District and engages in continuous and systematic business activities within this District, including without limitation, placing products, including the accused infringing product, into the stream of commerce from this judicial district with the knowledge and understanding that such products are used, imported, offered for sale, and/or sold in this judicial district and elsewhere in the United States.

...

7. On information and belief, Defendant directly targets business activities towards consumers in California, through at least the fully interactive, internet stores associated with Defendant, whether over Amazon or its own independent website.

8. On information and belief, Defendant employs individuals in this Judicial District in connection with its regular business operations.

9. Venue is proper in this Judicial District under 28 U.S.C. § 1400(b) because Defendant resides in and has its regular and established place of business in the County of Ventura within this District, and has committed acts of patent infringement in this District. On information and belief, the accused infringing product is at least imported, shipped to, stored in, and shipped from this judicial district to customers in the U.S. and specifically this judicial district.

## BACKGROUND

10. Yibo owns the '145 Patent, which is attached hereto as **Exhibit A**. A representative figure from the '145 Patent is reproduced below:

11. The '145 Patent, entitled "Developing Cartridge," which the United States Patent and Trademark Office duly and legally issued on January 14, 2025, was filed on September 20, 2024 as U.S. Patent Application No. 18/892,181, which itself claims priority to international application No. PCT/CN2024/090241, filed on April 27, 2024. The '145 Patent identifies Jian Peng, Liangliang Hu, and Rongli Xu as the inventors. Yibo is the current owner and original assignee of the '145 Patent, and owns all rights, title, and interest in and under the '145 Patent, including the right to sue and obtain damages for past, current, and future infringement. The '145 Patent is presumed valid under 35 U.S.C. § 282(a), and has at all relevant times subsequent to its issue date been fully enforceable and is now fully enforceable.

12. The '145 Patent relates to the field of electronic photographic imaging, specifically covering a developing cartridge. Conventional electrophotographic developing cartridges feed power to both the developing roller and supply roller by running a conductive electrode that contacts each of these roller shafts after the

cartridge is mounted to the drum unit. *See* Exhibit A, '145 Patent, col. 1:21-23. This arrangement complicates the mechanical layout and increases the manufacturing cost of the developing cartridge. *Id.* at 1:24-28. The '145 Patent addresses these issues by, for example, insulating the developing-roller shaft with a covering layer, relocating the electrode's electrical contact surface to a layer-thickness regulating member elsewhere on the casing, and maintaining a higher-resistance path between the contact surface and the shaft. *See*, *e.g.*, Exhibit A, '145 Patent, cols. 1:30-2:22.

13. On information and belief, Defendant sold products under the brand names of "Be Green Ink" (U.S. Trademark Registration No. 5665643) and/or "BGI Eco Smart" (U.S. Trademark Registration No. 7511750).

14. On information and belief, Defendant sold products that infringe the '145 Patent, described as a "Be Green Ink Compatible Toner Cartridge Replacement for Brother TN760 TN-760 TN730 TN-730 TN 760 TN 730 4-pack – Works with MFC-L2710DW HL-L2395DW HL-L2350DW HL-L2370DW | High Yield." On information and belief, the TN760 cartridge is a developing cartridge.

## COUNT I

**(Infringement of the '145 Patent)**

15. Yibo incorporates by reference paragraphs 1-14.

16. Defendant has directly and/or indirectly infringed the '145 Patent, either literally or under the doctrine of equivalents, by making, using, importing, offering to sell, or selling, and continuing to make, use, import, offer to sell, or sell developing cartridges, which come within the scope of at least one claim of the '145 Patent.  by intentionally inducing and/or contributing to the infringing activities of others in the form of their use of developing cartridges.

17. The making, using, importing, offering to sell, and/or selling of the accused product(s) by Defendant, and/or contributing to and/or inducing the infringing activities of others, has been without authority or license from Yibo and is

in violation of Yibo's rights under the '145 Patent, thereby infringing the '145 Patent.

18.  By way of example only, and without waiving any other claim of the '145 Patent either directly or indirectly, claim 1 recites:

> 1. A developing cartridge, comprising:
>    a developing roller rotatable about a rotational axis extending in a first direction;
>    a casing configured to accommodate developer therein;
>    an input gear rotatable about a first axis extending in the first direction, the input gear being positioned at one side of the casing in the first direction;
>    a layer thickness regulating member configured to regulate a thickness of a developer layer carried on a surface of the developing roller; and
>    an electrode with an electrical contact surface;
>    wherein the developing roller comprises a developing roller shaft extending in the first direction, a covering layer covering a surface of the developing roller shaft, and an elastic layer rotating synchronously with the developing roller shaft;
>    wherein the electrical contact surface is electrically connected to the layer thickness regulating member, and the covering layer is made of a non-metallic material or an electrically insulating material.

19.  Defendant's TN760 cartridge practices each of the claim limitations of at least Claim 1 of the '145 Patent.

///
///
///
///
///
///

20. On information and belief, the TN760 cartridge is a developing cartridge. *See* Figures 1 and 2.


*Figure 1*


*Figure 2*

21. On information and belief, the TN760 cartridge includes a developing roller rotatable about a rotational axis extending in a first direction, and casing configured to accommodate developer therein. *See* Figure 1.

22. On information and belief, the TN760 cartridge includes an input gear rotatable about a first axis extending in the first direction, with the input gear being positioned at one side of the casing in the first direction. *See* Figures 3A and 3B.



*Figures 3A (left) and 3B (right)*

23. On information and belief, the TN760 includes a layer thickness regulating member configured to regulate a thickness of a developer layer carried on a surface of the developing roller. *See* Figure 4.



*Figure 4*

24. On information and belief, the TN760 cartridge includes an electrode and an electrical contact surface. *See* Figures 5A and 5B.

 

*Figures 5A (left) and 5B (right)*

25. On information and belief, the TN760 cartridge's developing roller comprises a developing roller shaft extending in the first direction, a covering layer covering a surface of the developing roller shaft, and an elastic layer rotating synchronously with the developing roller shaft. *See* Figures 6A and 6B.

 

*Figures 6A (left) and 6B (right)*

26. On information and belief, the electrical contact surface of the TN760 cartridge is electrically connected to the layer thickness regulating member. *See* Figure 7.



*Figure 7*

27. On information and belief, the covering layer of the TN760 cartridge is made of a non-metallic material or an electrically insulating material. *See* Figure 8.



*Figure 8*

28. Yibo has not licensed or otherwise authorized Defendant (or its dealers, distributors, customers, affiliates, or the like) to make, use, import, offer to sell,

and/or sell developing cartridges. In other words, the making, using, importing, offering to sell, and/or selling of developing cartridges by Defendant (or its dealers, distributors, customers, affiliates, or the like) is unauthorized and violates Yibo's rights under the '145 Patent, thereby infringing the '145 Patent.

29. Defendant's infringement of the '145 Patent in connection with the offering to sell, selling, and or importing of the accused infringing product, including the offering for sale and sale of the accused infringing product into California, has irreparably harmed Yibo.

30. Yibo has suffered damages as a result of Defendant's infringement of the '145 Patent in an amount to be proved at trial, with Yibo being entitled to damages adequate to compensate it for the infringement, but in no event less than a reasonable royalty.

**PRAYER FOR RELIEF**

Yibo requests that the Court grant the following relief:

A. Judgment that Defendant has infringed the '145 Patent;

B. Judgment that Defendant account for and pay to Plaintiff damages adequate to compensate Plaintiff for Defendant's infringement, and in no event less than a reasonable royalty, together with prejudgment and post-judgment interest and costs;

C. This Court declare that this is an exceptional case and award reasonable attorneys' fees, costs, and expenses incurred by Plaintiff in prosecuting this action, pursuant to 35 U.S.C. § 285; and

D. Award such other and further relief at law or in equity, including injunctive relief, that this Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Yibo hereby demands trial by jury on all matters at issue in this case so triable under Federal Rule of Civil Procedure 38(b).

| | | |
|---|---|---|
| 1 | DATED: November 14, 2025 | Hawkinson Yang LLP |
| 2 | | |
| 3 | | By:   /s/ Patrick Park |
| 4 | | David Yang (SBN 246132) |
| | | dyang@hycounsel.com |
| 5 | | Matthew J. Hawkinson (SBN 248216) |
| | | mhawkinson@hycounsel.com |
| 6 | | Kevin Goldman (SBN 249894) |
| | | kgoldman@hycounsel.com |
| 7 | | Patrick Park (SBN 246348) |
| | | ppark@hycounsel.com |
| 8 | | HAWKINSON YANG LLP |
| | | 8033 Sunset Blvd. #3300 |
| 9 | | Los Angeles, California 90046 |
| | | Telephone: (213) 634-0370 |
| 10 | | |
| | | Jonathan Barbee (*pro hac vice forthcoming*) |
| 11 | | jbarbee@hycounsel.com |
| | | HAWKINSON YANG LLP |
| 12 | | 167 Madison Ave., Ste 205 #460 |
| | | New York, NY 10016 |
| 13 | | Tel: (646) 389-4901 |
| 14 | | Attorneys for Plaintiff |
| | | Jiangxi Yibo E-Tech Co. Ltd. |